ON MOTION FOR REHEARING
PER CURIAM.
We deny the appellees’ motions for rehearing. However, pursuant to Fla.R. App.P. 9.030(a)(2)(A)(v), we certify the following question to be of great public importance:
DOES A COUNTY SCHOOL BOARD HAVE THE RIGHT, BY VIRTUE OF THE PROVISIONS OF SECTION 231.-031, FLORIDA STATUTES, TO REFUSE TO REHIRE A TEACHER ON AN ANNUAL CONTRACT ON THE SOLE BASIS THAT SUCH TEACHER HAS REACHED AGE 70?
JOANOS and NIMMONS, JJ., concur.
SHIVERS, J., dissents with written opinion.